IN RE HARGROVE

No. 18A99

Case below: 131 N.C.App. 700

Motion by Attorney General to dismiss appeal allowed 3 March. 1999.

IN RE WILL OF BUCK

No. 428PA98

Case below: 130 N.C.App. 408

Petition by caveator for discretionary review pursuant to G.S. 7A-31 allowed 4 February 1999.

JIMENEZ v. BROWN

No. 56P99

Case below: 131 N.C.App. 818

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

JUSTICE v. WHALEY

No. 1P99

Case below: 131 N.C.App. 556

Petition by respondents (Linda and Benjamin Willis, Jr.) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

KIOUSIS v. KIOUSIS

No. 416P98

Case below: 130 N.C.App. 569

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.